UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRIGITH DAYANA GOMEZ BARCO** | **CASE NO.  6:20-CV-00497 SEC P** |
| | **JUDGE JUNEAU** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE WHITEHURST** |
| **DIANNE WITTE, ET AL** | |

### JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including Respondents' objections and Petitioner's response, this Court concludes that the Magistrate Judge's report and recommendation, Rec. Doc. 20, is correct and adopts the findings and conclusions therein as its own. In so doing, this Court concludes that the additional information provided by the Respondents is still insufficient to rebut the Petitioner's showing that there is no significant likelihood that she will be removed to Venezuela in the reasonably foreseeable future. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus, Rec. Doc. 1, is **GRANTED**. Respondents are ordered to **IMMEDIATELY RELEASE** the Petitioner under conditions of supervision to be specified by the Department of Homeland Security, provided such conditions exclude subsequent arrest and detention unless Petitioner violates a condition of

release, attempts to abscond, or commits any criminal offense. Such conditions may continue as specified until Petitioner's removal from the United States pursuant to her prior immigration proceedings.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of December, 2020.

                                                    MICHAEL J. JUNEAU
                                                    UNITED STATES DISTRICT JUDGE